IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv182
(3:07cr54)

| | |
|---|---|
| MITCHELL GATEWOOD, | ) |
| Petitioner, | ) |
| vs. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**THIS MATTER** is before this Court upon its own motion.

The government has filed its Response to Petitioner's allegation that his attorney failed to file an appeal when requested to do so. (Doc. No. 17). Petitioner may, but is not required to, file a reply to the Government's Reply, if he does so within fifteen (15) days from the filing of this Order. This matter will be scheduled for a hearing after that time period has expired.

**IT IS, THEREFORE, ORDERED** that Petitioner has fifteen (15) days from the filing of this Order in which to reply to the Government's Response.

Signed: July 26, 2008

Robert J. Conrad, Jr.
Chief United States District Judge