IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv182
(3:07cr54)

| | |
|---|---|
| MITCHELL GATEWOOD, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

THE PRESIDENT OF THE UNITED STATES

To:   The Director, Bureau of Prisons, Washington, DC

To:   U.S. Marshal, Western District of North Carolina

To:   Chief Executive Officer
      Federal Correctional Institution Loretto
      Post Office Box 1000
      Loretto, PA 15940

Greetings:

**IT IS HEREBY ORDERED** that you have the body of **MITCHELL W. GATEWOOD** (inmate # 31113-004), date of birth, August 20, 1961, being held in custody at FCI Loretto, under safe and secure conduct before the Honorable Robert J. Conrad, Jr., Chief Judge of the United States District Court in and for the Western District of North Carolina, in Courtroom Two on the second floor of the U.S. Courthouse in the City of Charlotte, North Carolina, **FORTHWITH** on Monday, August 26, 2008, at 9:30 a.m. there to appear to give testimony in a hearing in the above captioned matter, and thereafter any such proceedings scheduled for the above captioned matter then pending before the Court.

**IT IS FURTHER ORDERED** that immediately after said case shall have been disposed of, **MITCHELL W. GATEWOOD** be returned to FCI Loretto, under safe and secure conduct, and have you then and there this Writ.

**WITNESS** the Honorable Robert J. Conrad, Jr., Chief United States District Judge for the Western District of North Carolina at Charlotte, North Carolina, and the **SEAL** of this Court.

Signed: August 1, 2008

Robert J. Conrad, Jr.
Chief United States District Judge