# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Mitchell Gatewood,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                              3:08-cv-182
                                                    3:07-cr-54-1

USA ,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2010 Order.


                                              Signed: September 13, 2010

                                              Frank G. Johns, Clerk
                                              United States District Court